

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00703-CR

Marion Benavidez **ROJAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11882
Honorable Joey Contreras, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice

Appellant's pro se motion for appointment of counsel is DENIED AS MOOT.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court